IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LORI E. MATTHEWS,

    Plaintiff,

v.                                                                                                  2:17-cv-00762-MV-GJF

PROGRESSIVE DIRECT INSURANCE COMPANY,

    Defendant,

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**

THIS MATTER having come before the Court upon Plaintiff, Lori E. Matthews, and Defendant, Progressive Direct Insurance Company's, Stipulated Motion to Dismiss with Prejudice, for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein by Plaintiff on the grounds that all matters in controversy by Plaintiff against Defendant have been fully resolved; and the Court having read the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit,

    2.    Defendant Valina H. Hamilton was previously dismissed with prejudice [Doc. 30], and

    2.    Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that pursuant to Fed.R.Civ.P.41(a), the Complaint and all causes of action stated therein or which could have been stated therein, filed by Plaintiff, Lori E. Matthews, against Defendant, Progressive Direct Insurance Company, be and hereby are dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

2

IT IS SO ORDERED.

_____
HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

**Approved:**

/s/John L. Anderson, approved 12/8/17
John L. Anderson
*Attorney for Plaintiff*


*/s/ Meena H. Allen*
Meena H. Allen
*Attorney for Defendant*

2